IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



UNITED STATES OF AMERICA,

      Plaintiff,

      v.                       :   Criminal Action No. 06- 19

TRACY THOMPSON,
a/k/a TRACY SCOTT,

      Defendant.

### MOTION AND ORDER TO SEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to seal the Indictment, Motion and Order for Arrest Warrant, this Motion and Order to Seal, and related file.

                    COLM F. CONNOLLY

          BY:

              Beth Moskow-Schnoll
              Assistant United States Attorney

Dated: February 28, 2006

IT IS SO ORDERED this ___28___ day of __February__, 2006.

                    _____
                    HONORABLE MARY PAT THYNGE
                    United States Magistrate Judge

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE