# SEALED DOCUMENT

Case 1:06-cr-00019-JJF   Document 2-2   Filed 02/28/2006   Page 1 of 1