IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

        Plaintiff,

v.   :   Criminal Action No. 06- 19

TRACY THOMPSON, a/k/a TRACY SCOTT,   :

        Defendant.

**REDACTED**

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

From on or about July 14, 1999, through in or around February 2004, in the District of Delaware and elsewhere, Tracy Thompson, a/k/a Tracy Scott, defendant herein, did knowingly use, in and affecting interstate commerce and without lawful authority, means of identification of another person, specifically, the name and social security number of T.T., with the intent to commit an unlawful activity that constitutes a violation of Federal law, i.e. credit card fraud in violation of Title 18, United States Code, Section 1029(a)(2), all in violation of Title 18, United States Code, Section 1028(a)(7).

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: February 28, 2006

FILED
FEB 2 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE