IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | |
| v. | : | Criminal Action No. 06- 19 |
| TRACY THOMPSON,<br>a/k/a TRACY SCOTT, | | |
| Defendant. | | |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant for the arrest and apprehension of Tracy Thompson, a/k/s Tracy Scott, pursuant to an Indictment returned against her by the Federal Grand Jury on February 28, 2006.

FILED
FEB 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: February 28, 2006

AND NOW, this ____ day of _____, 2006, based upon the foregoing Motion,

      **IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Tracy Thompson, a/k/a Tracy Scott.

                                                   _____
                                                   HONORABLE MARY PAT THYNGE
                                                   United States Magistrate Judge

