*FILED OPEN CASE 3/2/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            Criminal Action No. 06-19

TRACY THOMPSON,
a/k/a TRACY SCOTT,

    Defendant.

### MOTION AND ORDER TO UNSEAL

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to unseal the Indictment, Motion and Order for Arrest Warrant, and related file.

                                      COLM F. CONNOLLY
                                      United States Attorney

                      BY: _____
                              Beth Moskow-Schnoll
                              Assistant United States Attorney

Dated: March 2, 2006

**IT IS SO ORDERED** this __2__ day of __March__, 2006.

                                      _____
                                      HONORABLE MARY PAT THYNGE
                                      United States Magistrate Judge

FILED
MAR 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE