FILED OPEN CASE
JUDGE 3/2/06

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         )
                                  )
              Plaintiff.          )
                                  )
                                  )  CASE NO. **CR 06-19-UNA**
         vs.                      )
                                  )
**TRACY THOMPSON**                )
                                  )
              Defendant.          )

## O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **2ND** day of **MARCH**, **2006**,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
MAR 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE