FILED OPEN
3/2/06

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
)   CASE NO. CR 06-19 UNA
vs. )
)
Tracy Thompson aka Tracy Scott )
)
       Defendant. )

O R D E R

    The defendant, upon entering a plea of not guilty to the Indictment on *March 2, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *April 13, 2006*. The time between the date of this order and *April 13, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                                        Honorable Mary Pat Thynge
                                                        U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney



FILED
MAR 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE