AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     DELAWARE

UNITED STATES OF AMERICA

V.

TRACY THOMPSON,
a/k/a Tracy Scott

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**

Case Number: CR 06-19-UNA

~~SEALED~~ unsealed 3/2/06

YOU ARE HEREBY COMMANDED to arrest    **TRACY THOMPSON, a/k/a Tracy Scott**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| x Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

IDENTITY THEFT
( Counts One )

FILED
MAR - 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title    18    United States Code, Section(s)    1028(a)(7)

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

WILMINGTON, DE on February 28, 2006
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
1 Rodney Square Wilm DE 19801

| DATE RECEIVED 3/1/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 3/2/06 | JAMES DANZ U.S. Postal Inspector | James JX |