UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-19 |
| | : | |
| Tracy Thompson | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Christopher Koyste, Esquire as attorney on behalf of Defendant, Tracy Thompson, in the above-captioned matter.

    /s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Christopher Koyste
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant Tracy Thompson

DATED:  March 7, 2006

## CERTIFICATE OF SERVICE

The undersigned attorney for defendant Tracy Thompson hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on February 15, 2006, to:

Beth Moskow-Schnoll
Assistant U.S. Attorney
Chase Manhattan Centre
1201 Market Street, Suite 1100
P.O. Box 2046
Wilmington, Delaware  19899-2046

    /s/ Christopher Koyste
CHRISTOPHER KOYSTE, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801
Attorney for Defendant Tracy Thompson

DATED:  March 7, 2006