IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-19 JJF |
| TRACY THOMPSON, | : |
| Defendant. | : |

O R D E R

WHEREAS, the Court held a status conference on May 25, 2006;

WHEREAS, at the conference, counsel for the Government and Defendant advised the Court that the case would more likely than not be resolved by a plea and requested approximately thirty (30) days to allow the parties time to negotiate and enter into a Memorandum of Plea Agreement;

WHEREAS, the Court finds that the ends of justice that will be served by granting the request substantially outweigh the best interests of the public and Defendant in a speedy trial;

IT IS HEREBY ORDERED that the parties shall submit a Proposed Memorandum of Plea Agreement no later than June 29, 2006. Upon receipt of the Proposed Agreement the Court will promptly schedule a Rule 11 Hearing.

May 30, 2006
DATE

UNITED STATES DISTRICT JUDGE