IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-19 JJF |
| TRACY THOMPSON, aka Tracy Scott, | : |
| Defendant. | : |

### O R D E R

WHEREAS, the Court received a Memorandum Of Plea Agreement in the above-captioned case (D.I. 15);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Tuesday, August 15, 2006 at 2:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 20, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE


FILED
JUL 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE