IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-19 JJF |
| TRACY THOMPSON a/k/a Tracy Scott, | : |
| Defendant. | : |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count I of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Monday, November 20, 2006 at 12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

August 16, 2006
DATE

UNITED STATES DISTRICT JUDGE