UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 06-19-JJF |
| | ) | |
| TRACY THOMPSON, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR CONTINUANCE OF SENTENCING HEARING

Defendant, Tracy Thompson, by and through her undersigned counsel, Christopher S. Koyste, hereby moves the Court for an order continuing the November 20, 2006 sentencing hearing to a date in the future. Counsel submits the following in support thereof:

1. On August 15, 2006, Ms. Thompson entered a guilty plea to one count of identity theft, in violation of 18 U.S.C. Section 1028(a)(7). Sentencing in this case is currently scheduled for November 20, 2006.

2. Counsel has retained an expert to evaluate Ms. Thompson and determine whether a downward departure is warranted. Although the interview of Ms. Thompson has been completed, due to the nature of the departure issues, the Defense's expert must conduct a comprehensive interview with Ms. Thompson's sister in order to most effectively address the Defense's sentencing mitigation arguments. Ms. Thompson's sister, Ms. Georgia Scott[1], is currently in Indonesia until November 2, 2006 on a fellowship from Knight International Journalism. Thus, a continuance is needed for the Defense's expert to issue a report and thereafter, for the Defense to have sufficient

---

[1] Ms. Georgia Scott is a professional journalist who has been employed by the New York Times since 1993 and is currently the art director for its Sunday Styles Section.

time to file a sentencing letter prior to the hearing. The Defense advances that a continuance of at least four weeks will be sufficient to have everything completed.

    3.    AUSA Beth Moskow-Schnoll and USPO Martin P. Durkin do not oppose this request for rescheduling of the sentencing hearing. However, AUSA Beth Moskow-Schnoll opposes any continuance greater than one month.

    WHEREFORE, Ms. Thompson respectfully requests that the Court continue the sentencing hearing at least four weeks.

    /s/ Christopher S. Koyste
CHRISTOPHER S. KOYSTE, ESQUIRE
Assistant Federal Public Defender
704 King Street, Suite 110
Wilmington, Delaware 19801
(302) 573-6010
Email: ecf_ck@msn.com
Attorney for Defendant Tracy Thompson

DATED: October 12, 2006

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that his Motion for Continuance of Sentencing Hearing is available for public viewing and downloading and was electronically delivered on October 12, 2006 to:

>AUSA Beth Moskow-Schnoll
>United States Attorney's Office
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

>    /s/ Christopher S. Koyste
>CHRISTOPHER S. KOYSTE, AFPD
>Federal Public Defender's Office
>704 King Street, Suite 110
>Wilmington, Delaware 19801
>(302) 573-6010
>Email: ecf_ck@msn.com
>Attorney for Defendant Tracy Thompson

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-19-JJF |
| ) | |
| TRACY THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this _____ day of _____, 2006, that Defendant Thompson's sentencing hearing is continued to _____ at_____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

cc:   AUSA Beth Moskow-Schnoll
      AFPD Christopher Koyste
      USPO Martin P. Durkin