UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-19-JJF |
| ) | |
| TRACY THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In response to the Defense's Motion For Continuance of Sentencing Hearing, this Court hereby Orders on this **19** day of **OCTOBER**, 2006, that Defendant Thompson's sentencing hearing is continued to **TBA** at _____ a.m./p.m.

_____
The Honorable Joseph J. Farnan, Jr.
United States District Court Judge

cc:   AUSA Beth Moskow-Schnoll
      AFPD Christopher Koyste
      USPO Martin P. Durkin



FILED
OCT 20 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE