IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-19 JJF |
| TRACY THOMPSON, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court granted Defense's motion for continuance of the November 20, 2006 Sentencing (D.I. 20);

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, December 7, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.

November 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE