IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     :

          Plaintiff,      :

     v.                  :     Criminal Action No. 06-19 JJF

                   :

TRACY THOMPSON,           :

          Defendant.     :

## O R D E R

WHEREAS, the United States Probation Officer has requested a continuance of the December 7, 2006 Sentencing to allow time for completion of the presentence investigation;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, January 17, 2006 at 12:30 p.m.,** in Courtroom No. 4B on the 4th Floor, United States Courthouse, Boggs Federal Building, Wilmington, Delaware.



December 12, 2006
_____
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED

DEC 13 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE